# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **MICHAEL KARTMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No.   1:11-cv-380-GZS** |
| | ) | |
| **CAROLYN W. COLVIN, Acting** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

No objections having been filed to the Magistrate Judge's Amended Recommended Decision (ECF No. 26) filed April 7, 2015, the Recommended Decision is **<u>AFFIRMED</u>**.

Accordingly, it is **<u>ORDERED</u>** that Plaintiff's Motion for Award of Fees and Costs (ECF No. 23) in the amount of $3,526.72 is **<u>GRANTED</u>**.


　　　　　　　　　　　　　　　　　 _/s/ George Z. Singal_____
　　　　　　　　　　　　　　　　　 United States District Judge

Dated this 29th day of April, 2015.